**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# FILED

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Ida Cummings, Mother<br>And next friend of the minor child,<br>JC | )<br>)<br>) | |
| | ) | |
| 209 61st St. N.E.<br>Washington, D.C. 20019<br>      Plaintiffs, | )<br>)<br>) | |
| | ) | |
| v. | )<br>) | Case: 1:08-cv-00289<br>Assigned To : Friedman, Paul L. |
| Woodson Senior High School<br>District of Columbia Public Schools | )<br>) | Assign. Date : 2/20/2008<br>Description: Admn. Agency Review |
| | ) | |
| Government of the<br>district of columbia,<br>441 – 4th Street, NW<br>Washington, DC 20001 | )<br>)<br>)<br>) | |
| | ) | |
|       AND | ) | |
| | ) | |
| MAYOR ADRIAN FENTY<br>Office of the Secretary<br>Tabethea Braxton, designee<br>1350 Pennsylvania Avenue NW<br>Washington DC 20004 | )<br>)<br>)<br>)<br>) | |

      **Defendants**

## NOTICE OF REMOVAL

      Pursuant to 28 U.S.C. §§1441 and 1446, defendants District of Columbia Public Schools,

District of Columbia and Mayor Adrian Fenty, through undersigned counsel, notify the Court of

the removal of the above-captioned action filed in the Superior Court of the District of Columbia,

Civil Action Number 0003793-07. The ground for removal is that the complaint asserts, *inter*

*alia,* causes of action "founded on a claim or right arising under the Constitution, treaties or laws

of the United States" which are removable without regard to the citizenship or residence of the

parties. *See* 28 U.S.C. Sec. 1441 (b). In their complaint, Plaintiffs allege violations of the

Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C.A. Sec. 1400 *et seq.*, the Rehabilitation Act of 1973 (Section 504), 29 USC 794 and the Americans with Disabilities Act, 42 USC 12101 *et seq.* (Complaint at 1.

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court, and the Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded." 28 U.S.C. Sec. 1446(d).

Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings and orders received by undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC 20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 20[h]

Day of February, 2008, to

Olekanma Ekekwe, Esq.
1001 Pennsylvania Ave., NW
Washington DC 20004
Attorney for Plaintiff

Maria L. Merkowitz
Senior Litigation Counsel

3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

Ida Cummings, Mother      *
And next friend of the minor child,    *
J.C.      *
     *
209 61st St., NE      *
Washington, DC 20019      *
         Plaintiffs      *
     *
     *
     *
Woodson Senior High School      *
District of Columbia Public Schools, *
     *
Government of the      *
District of Columbia      *
441 4th Street NW      *
Washington, DC 20001,      *
     *
And      *
     *
Mayor Adrian Fenty      *
Office of the Secretary      *
Tabethea Braxton, designee      *
1350 Pennsylvania Avenue, NW      *
Washington, DC 20004      *
         Defendants      *

CIVIL ACTION NO.
2007 CA 005910

## AMENDED COMPLAINT
### (For declaratory and injunctive relief)

### JURISDICTION

1.  Plaintiffs brings this amended complaint pursuant to the Court Order seeking
    relief for denial of rights to due process, equal protection and equal access to
    education, pursuant to the the Individual with Disability Act (IDEA), 20 U.S.C
    §§1400 et seq.; Title II of the American with Disability Act of 1990 (ADA) 42
    U.S.C §§ 1231 et seq.; the Rehabilitation Act (section 504), 29 U.S.C §§ 701 et
    seq.

08  0289

1

**FILED**

FEB 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343; and pendant jurisdiction pursuant to 5 D.C. Mun. Regs. § 3000 et seq.,

3.    Declaratory relief is authorized by 28 U.S.C §§ 2201 and 2202.

4.    Plaintiff was a student attending Woodson Senior High School, which is a public school in the District of Columbia.

5.    Plaintiff is a resident of District of Columbia.

6.    Defendant is a municipal corporation. As one of its governmental functions, Defendant operates the District of Columbia Public School System (DCPS). DCPS is responsible for affording children with disabilities in the District of Columbia all rights pursuant to IDEA.

## FACTS

7.    J.C. is a seventeen year-old girl, who was a disabled student, receiving services under a 504 Plan.

8.    JC attends H.D. Woodson Senior High School.

9.    J.C. had health conditions that often prevented her from attending school.

10.   J.C.'s mother asked the special education coordinator for services and current evaluations in November 2006 because the student had been hospitalized and was falling behind in her class work. DCPS did nothing in response to such request.

11.   DCPS failed to fill out the form that would enable J.C. to receive appropriate accommodations for standardized testing.

12.   J.C.'s evaluations are outdated.

13.   A request for evaluation of the student for special education services has not been delivered to DCPS since the 2004 ineligibility decision.

14.   While waiting for DCPS to evaluate her, J.C. suffered several academic difficulties.

15.   Plaintiffs want DCPS to provide appropriate educational and related services to enable JC to continue to make appropriate academic progress.

16.   Plaintiffs want DCPS to evaluate J.C. for special education services.

17.   Parent filed due process hearing requests. The hearing officer denied the relief that parent sought.

2

18.    The hearing officer erroneously indicated that JC is not a child with disabilities.

19.    Parent files an appeal to the decision of the hearing officer dated May 31, 2007.

20.    Upon filing the appeal, it was discovered that the wrong forms have been used for the appeal. Accordingly, parent files an amended complaint instituted a civil action to appeal the administrative decision of the Due Process Hearing Officer.

## COUNT I

21.    Plaintiffs repeat and re-allege paragraphs 1 to 20.

22.    DCPS denied FAPE when it failed to perform required evaluations.

23.    J.C. is presently being unlawfully deprived of her rights to receive an appropriate education and related services.

24.    It is very unlikely that defendants would provide appropriate educational and related services unless this Honorable Court orders defendants to act.

25.    Plaintiffs request this Honorable Court to find that Defendants has denied a Free Appropriate Public Education to J.C.

## COUNT II

26.    Plaintiffs repeat and re-allege paragraphs 1 to 25.

27.    DCPS denied FAPE when it failed to develop appropriate educational plan for the 2006/2007 and 2007/2008 school years.

28.    J.C. is presently being unlawfully deprived of her rights to receive an appropriate education and related services in an appropriate setting.

29.    Plaintiffs requests that this Honorable Court find that Defendants has denied a FAPE to J.C.

**WHEREFORE,** Plaintiff respectfully requests this court to:

1.    Issue a judgment for Plaintiff and against Defendants on all aforementioned counts.

2.    Order that DCPS complete a re-evaluation of J.C.'s educational needs.

3.    Order that DCPS make accommodations to enable J.C. to continue to make academic progress.

4.    Award attorneys' fees and costs to Plaintiff; and

5.    Grant such other and further relief as this Honorable Court deems just and proper.

Respectfully Submitted,
Law offices of Olekanma A. Ekekwe, PC

/s/ Olekanma Ekekwe
Olekanma Ekekwe, Esq.
DC Bar No. 479967
Law offices of Olekanma A. Ekekwe, PC
1001 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004
(202) 742-6694(O)
(1800) 524-2370(F)
academy@olekanmalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of February, 2008 the foregoing Amended Complaint and the Court order was served by a process server to:

Government of the
District of Columbia
Serve: Office of the Attorney General
441 4th Street, N.W.
Washington, DC 20001

Mayor Adrian Fenty
Office of the Secretary
C/o Tabethea Braxton, designee
1350 Pennsylvania Avenue, NW
Washington, DC 20004

Olekanma A. Ekekwe

4



Close  Open  Save  Print  Search  FullScr  Custdy  Parties  Image  Sumry  Dkler  Events  Track  Report

Labels  Docket  System Notes  Calc  ImgLnk  Re-Order  View  Dkt ID  Options  Doc

2007 CA 005910 P(MPA)    CUMMINGS, IDA   Vs.   THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS      LL

Search Criteria
Docket Entry
Images         All Dockets                        Begin Date              SortDescending
Participant                                       End Date
Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Dism/Credit | Amt Owed/ Amount Due |
|---|---|---|---|---|
| 1/31/2008 | | Proof of Service to Order Denying Motion to Dismiss Signed by Judge Leibovitz on 01/31/2008 11:04. tw | | |
| 1/31/2008 | | Order Denying Motion to Dismiss Signed by Judge Leibovitz on 01/31/2008 11:04. tw | | |
| 1/31/2008 | | Proof of Service to Order Granting Motion to Reschedule Status Hearing Signed by Judge Leibovitz on 01/31/2008 10:59. tw | | |
| 1/31/2008 | | Order Granting Motion to Reschedule Status Hearing Signed by Judge Leibovitz on 01/31/2008 10:59. tw | | |
| 1/31/2008 | | Order Granting Motion to Continue Status Hearing; Ordered that the Status Hearing has Been Rescheduled for Scheduling Conference Entered on the Docket 1/31/08. Signed 1/30/08 efiled 1/31/08.BB | | |
| 1/31/2008 | | Order Denying Defendant's Motion to Dismiss; Ordered that Plaintiff's Motion for Leave to File Amended Complaint Granted; Ordered that The Scheduling Conference is Rescheduled for 4/4/08 at 9:30 a.m. Courtroom A-47 Bldg. A.   Entered on the Docket 1/31/08.  Signed 1/30/08 efiled 1/31/08.BB | | |
| 1/30/2008 | | Event Scheduled Event: Scheduling Conference Hearing Date: 04/04/2008    Time: 9:30 am Judge: LEIBOVITZ, LYNN    Location: Courtroom A-47 | | |
| 1/30/2008 | | Notice of Hearing Mailed Next Business Day  Notice Of Hearing Sent on:  01/30/2008  16:15:54 | | |
| 1/30/2008 | | Event Resulted: The following event: Scheduling Conference Hearing scheduled for 03/07/2008 at 9:30 am has been resulted as follows:  Result: Scheduling Conference Hearing Continued Judge: LEIBOVITZ, LYNN    Location: Courtroom A-47 | | |
| 1/30/2008 | | Event Scheduled Event: Scheduling Conference Hearing Date: 03/07/2008    Time: 9:30 am Judge: LEIBOVITZ, LYNN    Location: Courtroom A-47  Result: Scheduling Conference Hearing Continued | | |
| 1/30/2008 | | Notice of Hearing Mailed Next Business Day  Notice Of Hearing Sent on:  01/30/2008  13:18:44 | | |

The following event: Scheduling Conference
Hearing scheduled for 02/01/2008 at 9:30 am
has been resulted as follows:

Result: Scheduling Conference Hearing
Continued
Judge: LEIBOVITZ, LYNN    Location:
Courtroom 217

1/29/2008    Defendant's Motion To Reschedule The
February 1, 2008 Status Hearing Pending    20.00
Resolution of Defendant's Motion To Dismiss
Filed. submitted 01/29/2008 16:26. ksc.    20.00
Attorney: MERKOWITZ, Ms MARIA L L (312967)
THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
(Defendant);

1/7/2008    Defendant's Motion to Dismiss Filed.
submitted 01/07/2008 15:56. tw    20.00
Attorney: MERKOWITZ, Ms MARIA L L (312967)
THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
(Defendant);  Receipt: 92398  Date:
01/08/2008

1/7/2008    Event Scheduled
Event: Scheduling Conference Hearing
Date: 02/01/2008    Time: 9:30 am
Judge: LEIBOVITZ, LYNN    Location:
Courtroom 217

Result: Scheduling Conference Hearing
Continued

1/7/2008    Notice of Hearing Mailed Next Business Day

Notice Of Hearing
Sent on:  01/07/2008  12:51:31

1/4/2008    Event Resulted:
The following event: Scheduling Conference
Hearing scheduled for 01/04/2008 at 9:30 am
has been resulted as follows:

Result: Scheduling Conference Hearing Not
Held.  Defendant present only at 9:47a.m.
Court notes that service was effected on
August 2007.  Defendant's Oral Motion to
Dismiss the Case for the reasons stated in
Open Court heard and DENIED at this time
with the Defendant instructed to put this
request in written motion form.  Case reset
for Scheduling Conference on February 1,
2008 at 9:30a.m. with notice to be mailed
to the Plaintiff and Plaintiff's
Counsel.P.A./J.L.L.
Judge: LEIBOVITZ, LYNN    Location:
Courtroom 312
THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
(Defendant); ; Judge LYNN LEIBOVITZ

12/3/2007    Event Scheduled
Event: Scheduling Conference Hearing
Date: 01/04/2008    Time: 9:30 am
Judge: LEIBOVITZ, LYNN    Location:
Courtroom 312

Result: Scheduling Conference Hearing Not
Held

12/3/2007    Notice of Hearing Mailed Next Business Day

Notice Of Hearing
Sent on:  12/03/2007  16:44:11

11/30/2007    Event Resulted:
The following event: Initial Scheduling
Conference-60 scheduled for 11/30/2007 at
9:30 am has been resulted as follows:

Result: Scheduling Conference Hearing Not
Held.  Plaintiff present only at 10:08a.m.

Case continued by the Court for Scheduling
Conference on January 4, 2008 at 9:30a.m.
Defendant's Attorney notified of next Court
Hearing by the Clerk by way of answering
machine message.P.A./J.L.L.
Judge: LEIBOVITZ, LYNN    Location:
Courtroom 312
IDA CUMMINGS (PLAINTIFF); ; Judge LYNN
LEIBOVITZ

| 8/28/2007 | Affidavit of Service of Summons & Complaint on THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS (Defendant); on 08/28/07 | |
| 8/24/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 11/30/2007   Time: 9:30 am Judge: LEIBOVITZ, LYNN    Location: Courtroom 312 | |
| | Result: Scheduling Conference Hearing Not Held | |
| 8/24/2007 | Merit Personnel Act (OHR) Filed  Receipt: 82103  Date: 08/24/2007 | 60.00 |

eFiling for Courts - Electronic Service of Copies

Proof of Service

Jurisdiction: Civil Actions
Cause Number: 2007 CA 005910 P(MPA)
Trace Number: OD301J020015322
Court Assignment: D.C. Superior Court
Style/Case Name: Ida Cummings v. District of Columbia Public Schools
Date and Time of Service: 01/31/2008 11:04:51 AM
Serving Party Name: Lynn Leibovitz
Documents:
Cummings v. DCPS - MTD.pdf

| Parties of Record | Delivery Type |
|---|---|
| Maria L. Merkowitz<br>CaseFile Xpress | Electronic |
| Lynn Leibovitz<br>Filer Services | Electronic |
| Olekanma A. Ekekwe<br>CaseFile Xpress | Electronic |

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

**January 30, 2008**

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
              2007 CA 005910
CASE NO.      P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, April 04, 2008**
**TIME: 9:30 am**
**LOCATION:  515 5th Street NW**
            **Courtroom A-47**
            **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

Filed
D.C. Superior Court
08 Jan 31 A10:59
Clerk of Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | | |
|---|---|---|
| **IDA CUMMINGS,** | : | |
| Plaintiff | : | **Civil Action No. 2007 CA 5910 P (MPA)** |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| Defendant | : | **Judge Lynn Leibovitz – Calendar 11** |
| | : | |

### ORDER

Upon consideration of defendant's Motion to Reschedule the February 1, 2008, Status Hearing Pending Resolution of Defendant's Motion to Dismiss, it is this 30th day of January, 2008,

**ORDERED** that the Motion to Reschedule the February 1, 2008, Status Hearing Pending Resolution of Defendant's Motion to Dismiss is **GRANTED**; it further is

**ORDERED** that the Scheduling Conference Hearing set for February 1, 2008, is continued to **March 7, 2008, at 9:30 a.m. in Courtroom A-47 of Building A of the Superior Court**.

Lynn Leibovitz
Associate Judge
(signed in chambers)

Copies to:

Maria Merkowitz
441 4th Street, NW

Sixth Floor South
Washington, DC  20001

Olekanma Ekekwe
1001 Pennsylvania Avenue, NW
Washington, DC  20004

eFiling for Courts - Electronic Service of Copies

Proof of Service

Jurisdiction: Civil Actions
Cause Number: 2007 CA 005910 P(MPA)
Trace Number: OD301J020015318
Court Assignment: D.C. Superior Court
Style/Case Name: Ida Cummings v. District of Columbia Public Schools
Date and Time of Service: 01/31/2008 10:59:45 AM
Serving Party Name: Lynn Leibovitz
Documents:
Cummings v. DCPS - reschedule ISC.pdf

| Parties of Record | Delivery Type |
| --- | --- |
| Maria L. Merkowitz<br>CaseFile Xpress | Electronic |
| Lynn Leibovitz<br>Filer Services | Electronic |
| Olekanma A. Ekekwe<br>CaseFile Xpress | Electronic |

Filed
D.C. Superior Court
08 Jan 31 A11:04
Clerk of Court

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **IDA CUMMINGS,** | : | |
| | : | |
| **PLAINTIFF** | : | |
| | : | **2007 CA 005910 P (MPA)** |
| | : | **Judge Lynn Leibovitz** |
| **v.** | : | **Calendar 11** |
| | : | |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **DEFENDANT.** | : | |

## ORDER

This matter is before the court on Defendant's Motion to Dismiss. No opposition has been filed.

Plaintiff filed the instant petition, seeking review of defendant District of Columbia Public Schools' (DCPS) decision on plaintiff's complaint that her child was denied a Free Appropriate Public Education under the Individuals with Disabilities Education Improvement Act of 2004 (IDEIA).[1]

In the instant motion, defendant moves to dismiss plaintiff's petition. Defendant first argues that this court does not have jurisdiction to hear the case as a petition for agency review. The court agrees. The Superior Court Rules of Civil Procedure for Agency Review permit this court to review agency orders pursuant to the District's Comprehensive Merit Personnel Act. The Act is solely for *employees* of the District to appeal unfavorable agency orders dealing with employment. That is not the case here.

---

[1] Because the pleading was titled as a petition, the clerk's office docketed the petition as one seeking review under the Merit Personnel Act (MPA).

To the extent the complaint purports to be a petition for agency review, the court must dismiss the petition for lack of jurisdiction.

Second, defendant argues that, even if plaintiff's petition is construed as a civil action complaint, it must be dismissed for failure to properly serve the District pursuant to Super. Ct. R. Civ. P. 4(j). Rule 4(j) requires that service be made upon the District by serving both the Mayor and the Office of the Attorney General. P's affidavit of service states that it served only the Office of the General Counsel for DCPS. The court concludes that plaintiff intended to file a civil action pursuant to the IDEIA and therefore shall be granted leave to amend her complaint.

It appearing that plaintiff intended to file a civil action complaint pursuant to the IDEIA, it is this 30th day of January, 2008,

**ORDERED** that Defendant's Motion to Dismiss is **DENIED** without prejudice to defendant's right to renew the motion should plaintiff fail to amend her complaint pursuant to this Order; it further is

**ORDERED** that plaintiff is granted leave to amend her complaint on or before February 20, 2008, on pain of dismissal; it further is

**ORDERED** that plaintiff is granted leave to properly serve the District of Columbia on or before March 31, 2008; it further is

**ORDERED** that the scheduling conference currently scheduled for March 7,

2008, is continued to **April 4, 2008, at 9:30 a.m. in Courtroom A-47 in Building A** of

the District of Columbia Superior Court.

Lynn Leibovitz
Associate Judge
(signed in chambers)

Copies to:

Maria Merkowitz
441 4th Street, NW
Sixth Floor South
Washington, DC  20001

Olekanma Ekekwe
1001 Pennsylvania Avenue, NW
Washington, DC  20004

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

**January 30, 2008**

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
              2007 CA 005910
CASE NO.      P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, April 04, 2008**
**TIME: 9:30 am**
**LOCATION:  515 5th Street NW**
            **Courtroom A-47**
            **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JAN 3 1 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Ms OLEKANMA A EKEKWE
1001 Pennsylvania Avenue
Suite 600
WASHINGTON, DC
20004

2007 CA 005910 P(MPA)

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**January 30, 2008**

CASE NAME:   IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
                        2007 CA 005910
CASE NO.       P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, April 04, 2008**
**TIME: 9:30 am**
**LOCATION:  515 5th Street NW**
                        **Courtroom A-47**
                        **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JAN 3 1 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Ms MARIA L L MERKOWITZ
DC OFFICE OF THE ATTORNEY GENE
441 4TH STREET NW
SUITE 6N
WASHINGTON, DC
20001

2007 CA 005910 P(MPA)

CANOH-1.DOC
1/30/2008

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**January 30, 2008**

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
2007 CA 005910
CASE NO.      P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date
and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, April 04, 2008**
**TIME: 9:30 am**
**LOCATION:  515 5th Street NW**
**Courtroom A-47**
**WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division





D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Mr EDWARD P TAPTICH
DC OFFICE OF CORPORATION COUNSEL
441 FOURTH STREET NW 6THFLOOR SOUTH
Washington, DC
20001

2007 CA 005910 P(MPA)

Filed
D.C. Superior Court
08 Jan 29 P04:26
Clerk of Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

IDA CUMMINGS,                          :
                                       :
    PLAINTIFF                  :
                                       :          2007 C.A. 005910 P (MPA)
                                       :          Judge Lynn Leibovitz
        v.           :          Next Event:  Initial Conference
                                       :                            February 1, 2008
DISTRICT OF COLUMBIA                   :
PUBLIC SCHOOLS,                        :
                                       :
    DEFENDANT.                 :

---

### DEFENDANTS' MOTION TO RESCHEDULE THE FEBRUARY 1, 2008 STATUS HEARING PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS

       Defendant, by counsel, pursuant to Sup. Ct. Civ. R. 6, respectfully moves this honorable Court, to reschedule the Status Hearing currently scheduled for February 1, 2008, at 9:30 a.m., until a ruling has been made on defendant's Motion to Dismiss. Defendant filed its Motion to Dismiss on January 7, 2008, alleging that plaintiff's "Petition for Review was improperly filed before this Court. To date plaintiff has filed no opposition to said motion.

       Defendant last appeared before this Court for a status conference on January 4, 2008. Neither plaintiff, nor her counsel appeared. In the interest of judicial economy, defendant seeks to have the upcoming status conference rescheduled, as defendant's motion is currently uncontested and upon a ruling there may be no further need of judicial intercession.

                  Respectfully submitted,

                  PETER NICKLES
                  Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov


## SCR-CIVIL 12-I CERTIFICATION

I hereby certify that on January 29, 2008, the undersigned attempted to gain

consent regarding the relief herein sought, but was unable to gain such consent.

s/Maria L. Merkowitz

Maria L. Merkowitz
Senior Assistant Attorney General.


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of January 2008, I electronically transmitted

the attached Defendant District of Columbia's Motion to Reschedule Status Conference

using the CFX System for filing, and an electronic copy of this document was served on

the following:

Olekanma A. Ekekwe, Esq.
1001 Pennsylvania Avenue, NW
Suite 600
Washington, DC 20004

                       s/Maria L. Merkowitz

                       Maria L. Merkowitz
                       Senior Assistant Attorney General.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

IDA CUMMINGS,                              :
                                          :
        PLAINTIFF                         :
                                          :        2007 C.A. 005910 P (MPA)
                                          :        Judge Lynn Leibovitz
        V                                 :        Next Event:  Initial Conference
                                          :                     February 1, 2008
DISTRICT OF COLUMBIA                      :
  PUBLIC SCHOOLS,                         :
                                          :
        DEFENDANT.                        :
_____

## **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO RESCHEDULE STATUS CONFERENCE**

1.      Sup. Ct. Civ. R. 6.

2.      The interests of justice.

3.      The entire record herein.

                        Respectfully submitted,

                        PETER NICKLES
                        Interim Attorney General for the District of Columbia

                        GEORGE C. VALENTINE
                        Deputy Attorney General, Civil Litigation Division

                        /s/ Edward P. Taptich
                        EDWARD P. TAPTICH [012914]
                        Chief, Equity, Section 2

                        /s/ Maria L. Merkowitz
                        MARIA L. MERKOWITZ [312967]
                        Senior Litigation Counsel
                        441 4th Street, N.W.
                        Sixth Floor South
                        Washington, DC 20001
                        (202) 442-9842
                         E-mail – maria.merkowitz@dc.gov

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

IDA CUMMINGS,                              :
                                          :
          PLAINTIFF                       :
                                          :     2007 C.A. 005910 P (MPA)
          v.                              :     Judge Lynn Leibovitz
                                          :     Next Event:  Initial Conference
                                          :             February 1, 2008
DISTRICT OF COLUMBIA                       :
  PUBLIC SCHOOLS,                          :
                                          :
          DEFENDANT.                       :
_____

### ORDER

Upon consideration of Defendant's Motion to Reschedule Status Conference, any

response thereto, and the entire record in this matter, it is this _____ day of

_____, 2008

**ORDERED** That Defendant's Motion is GRANTED.

_____

D.C. Superior Court Judge

Filed
D.C. Superior Court
06 Jan 07 P03:56
Clerk of Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| IDA CUMMINGS, | : | |
| | : | |
| **PLAINTIFF** | : | |
| | : | 2007 C.A. 005910 P (MPA) |
| | : | **Judge Lynn Leibovitz** |
| **v.** | : | **Next Event:  Initial Conference** |
| | : | **February 1, 2008** |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **DEFENDANT.** | : | |

### DEFENDANT'S MOTION TO DISMISS[1]

Defendant, through counsel, and pursuant to Sup. Ct. Civ. R. 12(b)(1) and

12(b)(6), respectfully moves the Court to dismiss Plaintiff's "Petition for Review" filed

herein August 24, 2007.  The grounds for Defendant's motion are set forth in the

accompanying Memorandum of Points and Authorities.  An appropriate proposed order is

also attached.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

---

[1]  While defendant District of Columbia Schools ("DCPS") files this Motion to Dismiss at the behest of the Court, it nonetheless does not concede that it has been properly served in the case or that the Court has jurisdiction over it.  In the first instance, DCPS is *non sui juris*, and thus can neither sue nor be sued.  *See Blackmar v. Guerre*, 342 U.S. 512 (1952); *Trifax Corp. v. District of Columbia*, 53 F. Supp.2d 20, 26 (D.D.C. 1999); *Braxton v. National Capital Housing Authority*, 396 A.2d 215, 216-217 (D.C. 1978). Secondly, if this is construed as a lawsuit against the District of Columbia, Sup. Ct. Civ. R. 4 (j) mandates that "[s]ervice shall be made upon the District of Columbia by delivering...or mailing...a copy of the summons, complaint and initial order to the Mayor of the District of Columbia and the Corporation Counsel of the District of Columbia [renamed the Office of the Attorney General for the District of Columbia.]"  That has not been done here.  As plaintiff's Affidavit of service attests, only the Office of the General Counsel for DCPS has been served.

1

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2


/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

January 7, 2008

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **IDA CUMMINGS,** | : | |
| | : | |
| **PLAINTIFF** | : | |
| | : | **2007 C.A. 005910 P (MPA)** |
| | : | **Judge Lynn Leibovitz** |
| **vi.** | : | **Next Event: Initial Conference** |
| | : | **February 1, 2008** |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **DEFENDANT.** | : | |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
## OF DEFENDANT'S MOTION TO DISMISS

On August 24, 2007, Plaintiff filed a "Petition for Review" ("Petition") seeking review of an agency decision entered on May 31, 2007. The Petition consisted of a one page "Petition for Review" form, and an attached District of Columbia Public Schools ("DCPS") Hearing Officer's Determination ("HOD") that was issued on May 31, 2007 – an administrative proceeding brought under the Individuals' With Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §1400 et seq.

## ARGUMENT

### I. The Petition is Filed Improperly, and Fails to State a Claim Upon which Relief can be Granted.

Plaintiff seeks review of a HOD, whose jurisdiction lies in IDEIA. 20 U.S.C. 1415(i)(2)(A) provides:

> [A]ny party aggrieved by the findings and decision made under this subsection, shall have the right to bring a **civil action** with respect to the complaint presented pursuant to this section, which action may be brought in any State court of competent jurisdiction or in a district court of the United States, without regard to the amount in controversy. [Emphasis added.]

Sup. Ct. Civ. R. 3 provides "A civil action is commenced by filing a complaint with the

Court." Sup. Ct. Civ. R. 8 provides that the complaint must contain:

> (1) a short and plain statement of the grounds upon which the Court's jurisdiction
> depends; (2) a short and plain statement of the claim showing that the pleader is
> entitled to relief; and (3) a demand for judgment for the relief the pleader seeks.

Plaintiff's one page Petition is not the equivalent of the "civil action"

contemplated by IDEIA.   Accordingly, Plaintiff's Petition must be dismissed.

## II. <u>Plaintiff's Petition Must be Dismissed because Agency Review Rule 1 is Inapplicable.</u>

Sup. Ct. Civ. Agency Rev. R. 1 permits the District of Columbia Superior Court

to review agency orders pursuant to D.C. Code §1-601.  D.C. Code §1-601 et seq.

contains provisions that govern the District's Comprehensive Merit Personnel Act.  Thus,

Sup. Ct. Civ. Agency Rev. R. 1 is a vehicle by which **employees** of the District of

Columbia may appeal unfavorable agency orders.

Plaintiff Cummings is not appealing as an employee that has been wronged by

DCPS.  Rather, she is appealing on behalf of her child, J.C., whom she believes was

denied a free appropriate public education by DCPS.[2]  Accordingly, Plaintiff's Petition

must be dismissed.

## CONCLUSION

Squarely on point is a ruling on this matter within the past two months.  In an oral

ruling dated November 16, 2007, Judge Mary A. Terrell granted Defendant's Motion to

Dismiss in a case virtually identical to that at hand, where plaintiff, represented by the

same counsel as here, filed a Petition for Review instead of a Complaint, when

attempting to appeal an adverse ruling under the IDEIA. *See Miller v. District of*

---

[2]   Although Plaintiff did not attach a statement to her Petition describing the nature of the relief requested,

4

*Columbia Public Schools,* 2007 CA 005908 P (MPA). For the foregoing reasons,

Defendant's Motion must be granted, and Plaintiff's Petition must be dismissed with

prejudice.

Respectfully submitted,

PETER NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
E-mail – maria.merkowitz@dc.gov

January 7, 2008

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

one may assume Plaintiff's intention after reading the HOD.

5

CIVIL DIVISION

| | | |
|---|---|---|
| **IDA CUMMINGS,** | : | |
| | : | |
| **PLAINTIFF** | : | |
| | : | **2007 C.A. 005910 P (MPA)** |
| | : | **Judge Lynn Leibovitz** |
| **vii.** | : | **Next Event:  Initial Conference** |
| | : | **February 1, 2008** |
| **DISTRICT OF COLUMBIA** | : | |
| **PUBLIC SCHOOLS,** | : | |
| | : | |
| **DEFENDANT.** | : | |

## ORDER

Upon consideration of Defendant's Motion to Dismiss, any response thereto, and

the entire record in this matter, it is this _____ day of _____,

2008

**ORDERED** That Defendant's Motion to Dismiss is GRANTED; it is

**FURTHER ORDERED** That Plaintiff's Petition for Review is Dismissed with

Prejudice.

_____

D.C. Superior Court Judge

## CERTIFICATE OF SERVICE

6

I hereby certify that a copy of the foregoing Defendant's Motion to Dismiss was

electronically served on:

    Oelkanma A. Ekekwe, Esq.
    1001 Pennsylvania Avenue, N.W.
    Suite 600
    Washington, D.C. 20004
    (202) 742-6694

this 7th day of January, 2008.


                    /s/ *Maria L. Merkowitz*
                    Maria L. Merkowitz
                    Senior Assistant Attorney General

7

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

### January 7, 2008

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
              2007 CA 005910
CASE NO.      P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, February 01, 2008**
**TIME: 9:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
            **Courtroom 217**
            **WASHINGTON, DC  20001**

### PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

MAILED  JAN 0 8 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

IDA CUMMINGS
209 61st Street,  NE
WASHINGTON, DC
20004

2007 CA 005910 P(MPA)

CANOH-1.DOC
1/7/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**January 7, 2008**

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
                  2007 CA 005910
CASE NO.    P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, February 01, 2008**
**TIME: 9:30 am**
**LOCATION:   500 Indiana Avenue N.W.**
             **Courtroom 217**
             **WASHINGTON, DC  20001**

### PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

**MAILED** JAN 0 8 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

```
First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726
```

Ms OLEKANMA A EKEKWE
1001 Pennsylvania Avenue
Suite 600
WASHINGTON, DC
20004

2007 CA 005910 P(MPA)

CANOH-1.DOC
1/7/2008

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

### January 7, 2008

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
2007 CA 005910
CASE NO.    P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, February 01, 2008**
**TIME: 9:30 am**
**LOCATION:   500 Indiana Avenue N.W.**
**Courtroom 217**
**WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

MAILED   JAN 0 8 2008



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
825 Noth Capitol Street, NE
9th Floor
WASHINGTON, DC
20002

2007 CA 005910 P(MPA)

CANOH-1.DOC
1/7/2008

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

**December 4, 2007**

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
2007 CA 005910
CASE NO.    P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, January 04, 2008**
**TIME: 9:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
**Courtroom 312**
**WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division

MAILED DEC 0 5 2007



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

IDA CUMMINGS
209 61st Street,  NE
WASHINGTON, DC
20004

2007 CA 005910 P(MPA)

CANOH-1.DOC
12/4/2007

## THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

### December 4, 2007

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
             2007 CA 005910
CASE NO.     P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below. All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, January 04, 2008**
**TIME: 9:30 am**
**LOCATION:    500 Indiana Avenue N.W.**
**              Courtroom 312**
**              WASHINGTON, DC  20001**

### PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

Civil Division



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
825 Noth Capitol Street, NE
9th Floor
WASHINGTON, DC
20002

2007 CA 005910 P(MPA)

CANOH-1.DOC
12/4/2007

# THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

#### December 4, 2007

CASE NAME:    IDA CUMMINGS Vs. THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS
              2007 CA 005910
CASE NO.      P(MPA)

The above-captioned Civil Actions case has been scheduled for Scheduling Conference Hearing on the date and time shown below.  All parties shall appear before Judge LYNN LEIBOVITZ

**HEARING DATE: Friday, January 04, 2008**
**TIME: 9:30 am**
**LOCATION:  500 Indiana Avenue N.W.**
             **Courtroom 312**
             **WASHINGTON, DC  20001**

## PLEASE BRING THIS NOTICE WITH YOU WHEN YOU APPEAR.

### Civil Division

**MAILED** DEC 0 5 2007



D. C. Superior Court
500 Indiana Avenue, N.W.
Room JM-130
Washington D.C. 20001

First Class Mail
U. S. Postage
Paid
Washington, D.C.
Permit No. 1726

Ms OLEKANMA A EKEKWE
1001 Pennsylvania Avenue
Suite 600
WASHINGTON, DC
                20004

2007 CA 005910 P(MPA)

CANOH-1.DOC
12/4/2007



SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

AFFIDAVIT

__IDA CUMMINGS__
Plaintiff

VS.                                CASE NO. __07__ CA __5910 P (MPA)__

__D.C. PUBLIC SCHOOLS__
Defendant

I, Edwin Jarnagin, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and says:

      That my age is __61__ and date of birth is 3-14-46
That my residential address is Laurel, MD
That my business address is 2315 18th Place NE Washington DC
That I am not a party to or otherwise interested in this suit.

That at __3:15 PM__ O'clock, on the __28__ day of __AUGUST__, 2007, I served the within named defendant(s) __D.C. PUBLIC SCHOOLS__ by leaving a copy of the Summons, Complaint and Initial Order at his/her usual place of abode or employment at: __OFFICE OF THE GENERAL COUNSEL__ __825 N. CAPITOL St. NE 9TH FL.__, Washington DC , with __CATRINA GILLESPIE / STAFF ASST__, a person of reasonable age and discretion, who stated they reside therein with the defendant, as directed by the plaintiff.

Description: Race  Sex  Height  Weight  Age
         B    F   5'10"  200  28

_Edward J. Jarnagin_
Signature of Process Server

Subscribed and sworn to me this __28th__ day of __Aug.__, 20__07__.

Case: 2007 CA 005910 P(MPA)

My Commission expires _____

Melanie Barnes
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires September 14, 2009

_Melanie J. Barnes_

2908600 GORHAMC 09/04/2007 4:55:16 PM

Office of General Counsel
825 N. Capitol St   NE    9th Floor

**Serve on:**  X  Catrina Gillespie

** ATTEMPTS ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

  DATE   TIME     COMMENTS

1. __/__/__  __:__ am pm  _____
2. __/__/__  __:__ am pm  _____
3. __/__/__  __:__ am pm  _____
4. __/__/__  __:__ am pm  _____
5. __/__/__  __:__ am pm  _____
6. __/__/__  __:__ am pm  _____

** ACTUAL SERVICE ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** ** **

Date: 8/28/07  Time: 3:15 am/**pm**

If substitute: SERVED ON: Catrina Gillespie   RELATIONSHIP: Staff Asst

Address if different from above: _____

Age:20 Sex: M **F** Race: B W H A  _B_   Ht: 5'10" Wt: 200 Hair: Br  Eyes: Br

Comments: _____
_____
_____

# DISTRICT OF COLUMBIA SUPERIOR COURT
## PETITION FOR REVIEW

Appeal No. _____0005910-07_____

__Ida Cummings_____,
                    Petitioner

      v.

Agency No. _ _____

The District of Columbia Public Schools,
Attending: Woodson Senior High School,
                    Respondent (Agency)


    I, _Olekanma A. Ekekwe_____, seek review by the District of Columbia Court of Appeals of the decision or order of _____ (agency) entered on the 23rd_ day of August , 2007_.


Names, addresses, and telephone numbers of all other parties and their counsel who appeared in the agency (use additional pages if necessary

*Request a review of decision because hearing officer disregarded evidence and testimony. Request a finding of violation of FAPE by DCP*

Rashida J. Wilson, Esq., Attorney- Advisor    Olekanma A. Ekekwe, Esq.
**Office of the General Counsel, DCPS**    1001 Pennsylvania Avenue, NW
825 North Capitol Street, NE – 9th Floor    Suite 600
Washington, D.C. 20002    Washington, D.C. 20004   *#47996 ?*

Ida Cummings
209 61st Street, NE
Washington, D.C. 20004


_____
Signature of Petition or Attorney
(all but natural persons representing
Themselves must be represented
By counsel)

        OLEFANMA EKEKWE
        Printed Name of Petitioner
        or Attorney



**The Law Offices of**
**Olekanma A. Ekekwe, PC**
1001 Pennsylvania Avenue NW
Suite 600
Washington, D.C 20004
Address

(202) 742-6694
Telephone Number

## NOTE: ATTACH A COPY OF THE DECISION/ORDER ISSUED BY THE DISTRICT OF COLUMBIA AGENCY FROM WHICH THE PETITION IS TAKEN.

# LAW OFFICES OF OLEKANMA A. EKEKWE, P.C.
## 1001 Pennsylvania Avenue, NW
## Suite 600
## Washington, DC 20004

TELEPHONE: (203) 742 6694
FACSIMILE: (800) 524-2370

August 21, 2007

Student Hearing Office
SEO

**BY FAX: 202 698-3825**

RE: Jehrica Cummings DOB 2/11/90
2nd request for HOD

Dear Madam/Sir

Please send us a copy of Jehrica Cumming HOD. The hearing was held on May 22, 2007 at 11.00am. The independent hearing officer was Mr. St. Claire. The Attorney for DCPS was Raschida Wilson. Thank you for your attention to this matter.

Sincerely,
Olekanma Ekekwe

08/22/2007  14:32    202698____    Tue 21 Aug 2007 05:36:12 PM EDT    STUDENT HEARING    PAGE  03/09
From Fax Service                                                                Page 3 of 3

# LAW OFFICES OF OLEKANMA A. EKEKWE, P.C.
## 1001 Pennsylvania Avenue, NW
### Suite 600
### Washington, DC 20004

TELEPHONE: (202) 742-6694
FACSIMILE: (800) 524-2370

August 14, 2007

Student Hearing Office
SHO

**BY FAX: 202 698-3825**

RE: Jebrica Cummings DOB 2/11/90

Dear Madam/Sir:

Please send us a copy of Jebrica Cumming HOD. The hearing was held on May 22, 2007 at 11.00am. The independent hearing officer was Mr. St. Claire. The Attorney for DCPS was Raschida Wilson. Thank you for your attention to this matter.

Sincerely,
*A.G. [signature]*
Olekanma Ekekwe

# Fax Cover Sheet

**To:** **Student Hearing Office**

**Fax Number:** **12026983825**

**Company:** **SEID**

**From:** **8005242370**

**Re:** **Jehrica Cummings**

**Today's Date:** **Tue Aug 21 2007, 17:27 EDT**

**# of pages to follow this sheet:** **2**

Comments: **Second request for hearing order determination**

08/22/2007  14:32   202698   J        STUDENT HEARING        PAGE  05/09

# District of Columbia Public Schools

### State Enforcement and Investigation Division

#### *confidential*

RECEIVED
MAY 3 1 2007
STUDENT HEARING OFFICE

H. St. Clair, Esq., Due Process Hearing Officer
825 North Capitol Street, NE  8th Floor
Washington, D.C. 20002
Facsimile: (202) 442-5556

| | |
|---|---|
| In the Matter of ) | **IMPARTIAL** |
| ) | **DUE PROCESS HEARING** |
| JEHRICA CUMMINGS, student ) | |
| Date of Birth: February 11, 1990 ) | |
| ) | **DECISION & ORDER** |
| Petitioner, ) | |
| ) | Request Date: March 19, 2007 |
| versus ) | Hearing Date: May 22, 2007 |
| ) | |
| The District of Columbia Public Schools, ) | Held at: 825 North Capitol Street, NE |
| Attending: Woodson Senior High School, ) | Eighth Floor, Hearing Room 1 |
| ) | Washington, D.C. 20002 |
| Respondent. ) | |

**Parent:**          Ida Cummings
                     209 61st Street, NE
                     Washington, D.C. 20019

**Counsel for the Parent/Student:**     Olekanma A. Ekekwe, Esq.
                     1001 Pennsylvania Avenue, NW   Suite 600
                     Washington, D.C. 20004

**District of Columbia Public Schools:**     Rashida J. Wilson, Esq., Attorney-Advisor
                     **Office of the General Counsel, DCPS**
                     825 North Capitol Street, NE - 9th Floor
                     Washington, D.C. 20002

An INDEX of NAMES is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant witnesses. The index will be detached before release of this DECISION & ORDER as a public record.

i

08/22/2007  14:32    20269      ;                STUDENT HEARIN                    PAGE  06/03

# INDEX of NAMES for Jehrica Cummings

**Hearing Date:** May 22, 2007

Appearing on behalf of the parent/student:

1. Ida Cummings, mother **

Appearing on behalf of DCPS: None.

\* Gave testimony.
\*\* Gave testimony via telephone.

ii

## INTRODUCTION

On March 19, 2007, Counsel for the Parent filed the herein Complaint on behalf of the parent and student complaining the District of Columbia Public Schools (DCPS) denied a Free Appropriate Public Education (FAPE) to the student. Specifically, Counsel for the Parent complained of failure on the part of DCPS to evaluate the student. For relief, independent evaluations were requested.

The Student Hearing Office, DCPS, scheduled a hearing in this matter for 11:00 A.M., Tuesday, May 22, 2007 at DCPS Headquarters, 825 North Capitol Street, NE - 8th Floor, Hearing Room 1, Washington, D.C. 20002. The hearing convened as scheduled.

## JURISDICTION

The hearing convened under Public Law 108-446, The Individuals with Disabilities Education Improvement Act of 2004, Title 34 of the Code of Federal Regulations, Part 300, and Title V of the District of Columbia Municipal Regulations.

**ISSUE:**      Did DCPS refuse to evaluate the student?

## SUMMARY of the EVIDENCE and FINDINGS of FACT

By facsimile dated May 15, 2007, the parent disclosed 4 witnesses and 5 documents.
By facsimile dated May 10, 2007, DCPS disclosed 11 witnesses and 5 documents.
The documents were placed into the record and are referenced/footnoted herein where relevant.

Counsel for the Parent represented that the student was found ineligible for special education services in 2003; that the mother asked the special education coordinator for services and current evaluations in November 2006 because the student had been hospitalized and was falling behind in her class work, and that DCPS had done nothing in response.

The Attorney-Advisor represented that a request for evaluation of the student for special education services had not been delivered to DCPS since the 2003 ineligibility decision.

The Parent was ordered forward.

The Parent testified that she requested the hearing because her November-December 2006 request to the special education coordinator (SEC) for the accommodation of extra time for the student when taking the Scholastic Aptitude Test (SAT) was denied because the student did not have current evaluation; that she sent an e-mail to the SEC requesting evaluation of the

1 of 3 pages

student.[1] The Parent testified that the student had missed many schooldays because of serious health concerns and that she had notified the school by e-mails.[2]

  The Parent rested.
  DCPS moved for a Directed Finding.
  The hearing officer took the DCPS motion was taken under advisement and ordered DCPS forward

  DCPS rested.
  Argument.

  In consideration of the testimony, documents and arguments herein, the hearing officer found the following facts:

  1. The student had health conditions that often prevented her from attending school.

  2. On February 13, 2004, the student was found ineligible for special education services; the decision was not taken to Due Process.

  3. The Parent did not deliver to DCPS a written request that the student be evaluated for special education services after the February 13, 2004 ineligibility decision.  Not being a child with a disability, the student was not eligible for reevaluation under 34 CFR 300.303.

  4. Nowhere in the February 19, 2007 letter[3] to the SEC on behalf of the student did the word "evaluation" appear.

# DISCUSSION  and  CONCLUSIONS  of  LAW

## DCPS is required to make FAPE available to all children with disabilities within the jurisdiction of the District of Columbia.

  *IDEIA 2004* requires DCPS to fully evaluate every child suspected of having a disability within the jurisdiction of the District of Columbia, ages 3 through 21, determine eligibility for special education services and, if eligible, provide same through an appropriate IEP and Placement.
  DCPS did not denied the student a FAPE because a request for evaluation of the student for special education services was not delivered to DCPS after the February 13, 2004 ineligibility decision.

---

[1] The e-mail requesting evaluation of the student was not in the record.
[2] Parent Document No 4
[3] *ibid*

The Parent did not meet her burden in this matter.

In consideration of the foregoing, the hearing officer made the following

## ORDER

WITH PREJUDICE, the herein
Complaint is DISMISSED.

This is **THE FINAL ADMINISTRATIVE DECISION**. Appeal can be made to a court of competent jurisdiction within ninety (90) days of the issue date of this decision.

Date: May 31, 2007

H. St. Clair, Esq., Hearing Officer

Issued: 5/31/07
_____
Student Hearing Office, DCPS

3 of 3 pages



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

IDA CUMMINGS
    Vs.                                C.A. No.      2007 CA 005910 P(MPA)
THE DISTRICT OF COLUMBIA PUBLIC SCHOOLS

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge LYNN LEIBOVITZ
Date:  August 24, 2007
Initial Conference: 9:30 am, Friday, November 30, 2007
Location:  Courtroom 312
               500 Indiana Avenue N.W.
               WASHINGTON, DC  20001

Caio.doc

## ADDE UM TO INITIAL ORDER AFFEC IG
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Rufus G. King, III

Caio.doc

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Ida Cummings

*1109*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    Washington D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Olekanma Ekekwe
1001 Pennsylvania Avenue, N.W.
Suite 600
Washington D.C. 20004

## DEFENDANTS

District of Columbia Public Schools, Woodson Senior High School, Mayor Adrian Fenty

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT    Washington D.C.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

Case: 1:08-cv-00289
Assigned To : Friedman, Paul L.
Assign. Date : 2/20/2008
Description: Admn. Agency Review

## II. BASIS OF JURISDICTION
(PLACE an x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
◉ 3 Federal Question (U.S. Government Not a Party)

○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ◉ 1 | ◉ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

○ **A.** *Antitrust*

☐ 410 Antitrust

○ **B.** *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

◉ **C.** *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☒ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E.** *General Civil (Other)*    OR    ○ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General** <br> ☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment** (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) <br><br> *(If pro se, select this deck)* | ☐ **895 Freedom of Information Act** <br> ☐ **890 Other Statutory Actions** (if Privacy Act) <br><br> *(If pro se, select this deck)* | ☐ **152 Recovery of Defaulted Student Loans** (excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act** <br> ☐ **720 Labor/Mgmt. Relations** <br> ☐ **730 Labor/Mgmt. Reporting & Disclosure Act** <br> ☐ **740 Labor Railway Act** <br> ☐ **790 Other Labor Litigation** <br> ☐ **791 Empl. Ret. Inc. Security Act** | ☐ **441 Voting (if not Voting Rights Act)** <br> ☐ **443 Housing/Accommodations** <br> ☐ **444 Welfare** <br> ☐ **440 Other Civil Rights** <br> ☐ **445 American w/Disabilities-Employment** <br> ☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance** <br> ☐ **120 Marine** <br> ☐ **130 Miller Act** <br> ☐ **140 Negotiable Instrument** <br> ☐ **150 Recovery of Overpayment & Enforcement of Judgment** <br> ☐ **153 Recovery of Overpayment of Veteran's Benefits** <br> ☐ **160 Stockholder's Suits** <br> ☐ **190 Other Contracts** <br> ☐ **195 Contract Product Liability** <br> ☐ **196 Franchise** | ☐ **441 Civil Rights-Voting** (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

Individuals With Disabilities Education Improvement Act of 2004, 20 USC 1400 et seq. Appeal of a Hearing Officer's Determination

**VII. REQUESTED IN COMPLAINT**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  **DEMAND $** _____  Check YES only if demanded in complaint  **JURY DEMAND:** YES ☐  NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE  *2/20/08*  SIGNATURE OF ATTORNEY OF RECORD  _____

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

**I.**  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

**III.**  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

**IV.**  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

**VI.**  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

**VIII.**  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_IDA CUMMINGS, ET AL_
Plaintiff

v.

Civil Action No.   **08 0289**

**FEB 2 0 2008**

_WOOSON SENIOR HIGH SCHOOL,_
Defendant                          _ET AL_

 The above entitled action, removed from the Superior Court for the District of Columbia, has been filed and assigned to Judge **FRIEDMAN, J. PLF** All counsel and/or pro se litigants must include on any subsequent pleadings both the civil action number and the initials of the judge assigned to this action.  (See preceding sentence for judge's initials).

 Pursuant to Local Rule 83.2(a)(b), an attorney must be a member in good standing of the bar of this Court to appear, file papers or practice.  To assist the Clerk's Office in properly recording all counsel of record, counsel for all parties must enter their appearance in accordance with our Local Rule 83.6(a).  Timely compliance with this requirement will enable the Clerk's Office to ensure prompt delivery of notices and orders.

 Finally, your attention is called to Local Rule 16.3, Duty to Confer.  This rule clearly spells out the duty of counsel, as well as pro se litigants, to confer and report back to the Court on a wide range of questions.

NANCY MAYER-WHITTINGTON, CLERK

By _Maureen Higgins_
   Deputy Clerk

cc: _O LEKANMA EKEKWE_

929A
Rev. 7/02