UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IDA CUMMINGS,                       )
*mother and next friend of the minor child J.C.*, )
                                    )
      Plaintiffs,                 )
                                    )
      v.                          )   Civil Action No. 08-0289 (PLF)
                                    )
WOODSON SENIOR HIGH SCHOOL, *et al.*, )
                                    )
      Defendants.                 )
_____)

ORDER

      Defendants filed a motion to dismiss plaintiffs' complaint on March 31, 2008.

Local Civil Rule 7(b) prescribes the time limits for the filing of an opposition to such a motion:

> Within 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the Court may treat the motion as conceded.

      That time has passed and plaintiffs have not filed a response.  Accordingly, it is hereby

      ORDERED that, within five days from the date of this Order, plaintiffs shall show cause in writing why the Court should not treat defendants' motion as conceded and dismiss the complaint.

      SO ORDERED.


                                                      _____/s/_____
                                                      PAUL L. FRIEDMAN
                                                      United States District Judge

DATE:  April 18, 2008