UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IDA CUMMINGS,<br>*mother and next friend of the minor child J.C.*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WOODSON SENIOR HIGH SCHOOL, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 08-0289 (PLF) |

ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [2] is GRANTED. This case is DISMISSED. The Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). Any other pending motions are denied as moot.

SO ORDERED.

　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　United States District Judge

DATE: July 3, 2008